United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD C TIDWELL,

Plaintiff,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

Defendants.

Case No. 25-cv-04777-ASK

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 187

In March 2026, the Court granted the Kaiser Defendants' motion to compel arbitration and stayed Mr. Tidwell's claims against them. Dkt. 143. Because that arbitration has since been deemed abandoned, *see* Dkt. 187-1 at 5, the Kaiser Defendants now move to lift the stay and dismiss the claims against them under Rule 41(b) for failure to prosecute. Dkt. 187-2. Mr. Tidwell has not opposed or otherwise responded to the Kaiser Defendants' instant motion.

Mr. Tidwell is **ORDERED TO SHOW CAUSE** as to why the Court should not dismiss his claims against the Kaiser Defendants for failure to prosecute based on his abandonment of the arbitration. Mr. Tidwell should explain whether he received the arbitration administrator's communications "[o]n 3/11/2026, 04/08/2026, and 05/04/2026" informing him "that the arbitration would be deemed abandoned if [they] did not receive the [$150] filing fee by 05/26/2026." Dkt. 187-1 at 5. Mr. Tidwell should also clarify whether he received the administrator's June 2, 2026 letter deeming the arbitration abandoned, and explain why he has not contacted either the Office of the Independent Administrator or the Kaiser Defendants regarding the status of the arbitration.

Mr. Tidwell may file a response by **December 7, 2026**. Failure to comply with this Order

United States District Court
Northern District of California

may result in dismissal with prejudice of Mr. Tidwell's claims against the Kaiser Defendants.

**IT IS SO ORDERED.**

Dated: November 17, 2026

AJAY KRISHNAN
United States Magistrate Judge